# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | : | |
| | : | |
| v. | : | No. 748 C.D. 2021 |
| | : | |
| Kenneth L. Trainer, Jr., | : | |
| Appellant | : | |

# **O R D E R**

**AND NOW,** this 6th day of January, 2023, it is ordered that the above-captioned Memorandum Opinion, filed November 17, 2022, shall be designated OPINION and shall be REPORTED.

<br>

**BONNIE BRIGANCE LEADBETTER,**
President Judge Emerita